UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC § | |
| § | CIVIL ACTION |
| V.  § | 15-684-JWD-SCR |
| § | |
| BENNY'S CARWASH, LLC § | |

## ORDER GRANTING BENNY'S CARWASH, LLC'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT

Having considered Benny's Carwash, LLC's Unopposed Motion to Stay Proceedings Pending Settlement, the Court finds it is well taken and should be granted. It is therefore

ORDERED that Benny's Carwash, LLC's Unopposed Motion to Stay Proceedings Pending Settlement is GRANTED in its entirety; it is further

ORDERED that all proceedings in this action, and all deadlines in the scheduling order, are STAYED for thirty days from June 30, 2016.

Signed in Baton Rouge, Louisiana, on <u>July 1, 2016</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Jury